UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC LLC, | CASE NO. C23-5180JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RANYA AND DANIA LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the complaint filed by Plaintiff GS Holistic LLC ("GS Holistic") against Defendants Ranya and Dania LLC, d/b/a Dania Smoke Shop, and Ali Altameemi. (Compl. (Dkt. # 1).) The court has reviewed the complaint filed in *GS Holistic LLC v. Ranya and Dania LLC*, No. C23-5179JLR (W.D. Wash.), ECF No. 1, and believes that the complaint in this case is duplicative of the complaint filed in that matter. Therefore, the court ORDERS GS Holistic to SHOW CAUSE by no later than March 31,

MINUTE ORDER - 1

2023, why this case should not be dismissed without prejudice as duplicative of *GS Holistic LLC v. Ranya and Dania LLC*, No. C23-5179JLR.

Filed and entered this 23rd day of March, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2