UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC, | CASE NO. C23-5180JLR |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| RANYA AND DANIA LLC, et al., | |
| Defendants. | |

On March 23, 2023, the court ordered Plaintiff GS Holistic, LLC ("GS Holistic") to show cause by no later than March 31, 2023, why this matter should not be dismissed without prejudice as duplicative of *GS Holistic, LLC v. Ranya and Dania LLC*, No. C23-5179JLR (W.D. Wash.). (OSC (Dkt. # 7).) GS Holistic has not responded to the order to show cause. (*See generally* Dkt.) Therefore, the court DISMISSES this matter without prejudice.

//

//

ORDER - 1

1   Dated this 3rd day of April, 2023.

_____
JAMES L. ROBART
United States District Judge